# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 28, 2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-22-1495-M |
| Enrique Bernardo GAMEZ  USC/1976 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 26, 2022  in the county of  Hidalgo  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Knowingly and Intentionally Possess with Intent to Distribute a Schedule II Controlled Substance, to wit approximately 62.5 kilograms of cocaine. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA L Garcia

/s/ Tyler Klassen
*Complainant's signature*

Tyler Klassen, SA DEA
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: July 28, 2022   6:03 PM

*Judge's signature*

City and state:   McAllen, Texas     Nadia S. Medrano, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On July 26, 2022 Drug Enforcement Administration (DEA) Special Agents (SA) approached Enrique Bernardo GAMEZ at a residence located in Hidalgo, Texas. Agents identified themselves as law enforcement and obtained consent to search the residence from GAMEZ.

2. During the search, agents questioned GAMEZ regarding a cardboard box found in the master bedroom of the residence. GAMEZ stated there was a half kilogram of cocaine within the box. GAMEZ then opened the box and agents observed one (1) package containing suspected cocaine. The package weighed 543.4 grams and field tested positive for cocaine. Agents then found 57 additional brick shaped packages containing suspected cocaine in the attic of the residence. The additional cocaine weighed approximately 62.0 kilograms and field tested positive for characteristics of cocaine. In additional to the cocaine found in the residence, Agents located approximately $21,000 in United States currency.

3. GAMEZ was provided his Miranda Warnings and agreed to speak with DEA agents. GAMEZ stated he knew there was cocaine in the attic of the house and stated he receives payment to store the cocaine. GAMEZ additionally stated that he transports the stored cocaine to unknown individuals for a payment.